IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DOUGLAS PRADE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:14CV0188 |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF AKRON, et al., | ) | Judge Lioi |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT LEVINE'S MOTION**

NOW COMES Plaintiff, DOUGLAS PRADE, by his attorneys LOEVY & LOEVY, and respectfully files this Response to Defendant Levine's motion. *See* Dkt. No. 58. In Response, Plaintiff states as follows:

1. On February 9, 2015 Defendant Levine filed a Fed. R. Civ. P. 12(C) motion for judgment on the pleadings. Defendant Levine's motion for judgment on the pleadings relies upon a number of alleged defects. *See* Dkt. No. 58. Because of this, Defendant Levine argues that he is entitled to a judgment on the pleadings.

2. On May 8, 2015, this Court issued an order concluding that defendant's motion for judgment on the pleadings can properly be converted to a Rule 12(B)(6) motion to dismiss. *See* Dkt. No. 71. This Court further ordered that Plaintiff file a Response to Defendant Levine's motion to dismiss by May 8, 2015. *Id.*

3. Without conceding the merits of the motion, Plaintiff respectfully asks this Court to hold Defendant Levine's motion to dismiss as moot as a result of Plaintiff's immediately forthcoming Rule 41(a)(2) motion for voluntary dismissal of all claims without prejudice.

RESPECTFULLY SUBMITTED,

**DOUGLAS PRADE.**

BY: /s/ Elliot Slosar
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Tara Thompson
Elliot R. Slosar
LOEVY & LOEVY
312 N. May St., Ste. 100
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

    I, Elliot Slosar, an attorney, hereby certify that on May 8, 2015, I filed the foregoing Response to Defendant Levine's motion using the Court's CM/ECF system, which effected service on all counsel of record listed below.

                                                /s/ Elliot Slosar
                                                *One of Plaintiff's Attorneys*