## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DOUGLAS PRADE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:14CV0188 |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF AKRON, et al., | ) | Hon. Judge Lioi |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RULE 41(a)(2) MOTION TO
## VOLUNTARILY DISMISS WITHOUT PREJUDICE

NOW COMES Plaintiff Douglas Prade, by and through his attorneys, Loevy & Loevy,

and hereby respectfully moves this Court pursuant to Federal Rule of Civil Procedure 41(a)(2)

for an order of dismissal as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff voluntarily

dismisses his Complaint without prejudice.  *See* Dkt. No. 1.

2.      Specifically, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff

voluntarily dismisses Counts I, II, III, IV, V, VI, VII, VIII, IX, and X of his Complaint and all

Defendants as referenced in the Complaint without prejudice.

RESPECTFULLY SUBMITTED,


___/s/ Elliot Slosar
Attorneys for Plaintiff

Jon Loevy
Tara Thompson
Elliot R. Slosar
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL  60607
(312) 243-5900

## Certificate of Service

I, Elliot Slosar, certify that on May 8, 2015 I caused to be filed the attached Motion and served upon all attorneys of record through the Court's CM/ECF system.

   /s/ Elliot Slosar